# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JONES, ) | 1:07-CV-0360 OWW SMS HC |
| Petitioner, ) | |
| ) | ORDER GRANTING IN FORMA PAUPERIS |
| v. ) | STATUS |
| K. MENDOZA-POWERS, ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   April 2, 2007**              /s/ Sandra M. Snyder
23ehd0                              UNITED STATES MAGISTRATE JUDGE