IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JONES, | 1:07-cv-00360-OWW-SMS (HC) |
| Petitioner, | |
| vs. | ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE |
| K. MENDOZA-POWERS, | (DOCUMENT #9) |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 7, 2007, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

**Dated:   August 24, 2007**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE